# EXHIBIT 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-064

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Romantic Pattern Inverted Violet |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | August 12, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anis Illustration LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | Argentina |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anis Illustration LLC |
| | 30 N Gould St Ste N, Sheridan, WY, 82801, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Anis Illustration LLC |
| **Email:** | anisillustration@gmail.com |
| **Address:** | 30 N Gould St Ste N |
| | Sheridan, WY 82801 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 25, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-467-068**

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Eucalyptus Leaves Botanical Pattern

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 31, 2017
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Anis Illustration LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Argentina

## Copyright Claimant

**Copyright Claimant:** Anis Illustration LLC
30 N Gould St Ste N, Sheridan, WY, 82801, United States

## Rights and Permissions

**Organization Name:** Anis Illustration LLC
**Email:** anisillustration@gmail.com
**Address:** 30 N Gould St Ste N
Sheridan, WY 82801 United States

## Certification

**Name:** David Denholm
**Date:** June 25, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-072

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
November 24, 2025



**Title** _____

        **Title of Work:**    Wild Garden

**Completion/Publication** _____

        **Year of Completion:**    2019
        **Date of 1st Publication:**    June 21, 2019
        **Nation of 1ˢᵗ Publication:**    United States

**Author** _____

-         **Author:**    Anis Illustration LLC
        **Author Created:**    2-D artwork
        **Work made for hire:**    Yes
        **Citizen of:**    Argentina

**Copyright Claimant** _____

        **Copyright Claimant:**    Anis Illustration LLC
         30 N Gould St Ste N, Sheridan, WY, 82801, United States

**Rights and Permissions** _____

        **Organization Name:**    Anis Illustration LLC
        **Email:**    anisillustration@gmail.com
        **Address:**    30 N Gould St Ste N
         Sheridan, WY 82801 United States

**Certification** _____

        **Name:**    David Denholm
        **Date:**    June 25, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-040

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Botanical Dream

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 12, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Anis Illustration LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Argentina

## Copyright Claimant

**Copyright Claimant:** Anis Illustration LLC
30 N Gould St Ste N, Sheridan, WY, 82801, United States

## Rights and Permissions

**Organization Name:** Anis Illustration LLC
**Email:** anisillustration@gmail.com
**Address:** 30 N Gould St Ste N
Sheridan, WY 82801 United States

## Certification

**Name:** David Denholm
**Date:** June 25, 2025



None